# Court of Appeals
# of the State of Georgia

ATLANTA,___August 05, 2016___

*The Court of Appeals hereby passes the following order:*

**A16D0478.  LANA RICHARD v. DIDIER RICHARD.**

Lana Richard and Didier Richard divorced in 2010.  Lana Richard later filed a "Petition to Resolve Contestable Issue and Request the Issuance of a Valid Divorce Decree," in which she complained that the parties' divorce decree had failed to address the distribution of certain bank accounts.  The trial court dismissed the petition, and Lana Richard now seeks discretionary review in this Court.  We, however, lack jurisdiction.

The Supreme Court of Georgia has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Todd v. Todd*, 287 Ga. 250 (703 SE2d 597) (2010).  Because the underlying subject matter of this application is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____08/05/2016_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*